IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGELA S. RANDOLPH,            )
                                        )
               Plaintiff,      )
                                        )
v.                              )     Civil Action No. 2:18-cv-01686
                                        )
CHAD LOVELAND, et al.,       )
                                        )
               Defendants.    )

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION AND RESOLVING MOTIONS FOR SUMMARY JUDGMENT

This action was referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings and for the making of recommendations. The remaining named Defendant, Mike Jenkins, has moved for summary judgment, ECF No. 99, as did the Plaintiff, ECF No. 122. All claims against the other named Defendant, Chad Loveland, were previously dismissed in full, and there are no independent claims asserted against the "Contract Facility Staff".

After discovery and full briefing, Judge Dodge issued a Report and Recommendation ("R&R"), ECF No. 127, that recommended that the summary judgment motion filed by Jenkins be granted in full, that the summary judgment motion filed by the Plaintiff be denied in full, and that all claims as against "Contract Facility Staff" be dismissed, which results in the case being completely resolved, and that the action should be closed on the docket.

The R&R was transmitted to the parties in a timely fashion, and the period for the filing of Objections expired on June 27, 2022. No Objections to the R&R have been filed by any party. The Court has nonetheless given full and careful consideration to the motions for summary judgment in this action, and to the R&R, and upon such consideration and review, concludes that the disposition recommended by Judge Dodge is correct in all regards. As a result, the R&R is

2

ADOPTED as the Opinion of the Court, summary judgment is GRANTED in favor of Defendant

Mike Jenkins and against the Plaintiff as to all claims, Plaintiff's motion for summary judgment is

DENIED, and all claims as against "Contract Facility Staff" as dismissed with prejudice as not

having any basis in the papers of record. This action is now DISMISSED as to all claims and as to

all Defendants. An appropriate further Order will issue, and the Clerk shall close the case on the

docket.

        s/ Mark R. Hornak
        Mark R. Hornak
        Chief United States District Judge


Dated:  July 7, 2022

cc:     All counsel of record